IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MELISSA DELUCA,

    Plaintiff,

vs.                               CASE NO.: 1:09-CV-97-SPM

FIRST FINANCIAL ASSET MANAGEMENT,

    Defendant.

_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court upon the "Notice of Settlement" (doc. 5), filed by Plaintiff. Pursuant to Northern District of Florida Local Rule 16.2(D), it is hereby ORDERED AND ADJUDGED:

1. This case is hereby *dismissed*.

2. The Court shall retain jurisdiction for a period of sixty (60) days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this twenty-eighth day of August, 2009.

                         *s/ Stephan P. Mickle*
                         Stephan P. Mickle
                         Chief United States District Judge